IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

|  |  |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) ) <br> MARKETING, SALES PRACTICES AND        ) <br> PRODUCTS LIABILITY LITIGATION         ) <br>                                                                   ) | 3:09-md-02100-DRH-CJP <br><br> MDL No. 2100 |

**This Document Relates to:**

**KERRY SIMS,**

**Plaintiff,**

v.                                                                                    3:09-cv-10012-DRH-PMF

**BAYER CORPORATION,**
**BAYER HEALTHCARE**
**PHARMACEUTICALS INC.,**
**BAYER HEALTHCARE, LLC,**
**WALGREEN CO. d/b/a WALGREENS**

      **Defendants.**

Upon consideration of Plaintiff's Motion for Extension of Time to File Plaintiff's Memorandum in Opposition to Defendant Walgreen Co.'s Motion to Dismiss, the Court hereby ORDERS as follows:

Plaintiff's Motion is GRANTED. Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss will be due on December 31, 2009.

SO ORDERED:

/s/   *David R Herndon*

Chief Judge
United States District Court

DATE: December 14, 2009