IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____
                                                            )
IN RE YASMIN AND YAZ (DROSPIRENONE) )          3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND     )
PRODUCTS LIABILITY LITIGATION             )          MDL No. 2100
_____)

**This Document Relates to:**
_____

**KERRY SIMS,**

**Plaintiff,**

v.                                                                                      **3:09-cv-10012-DRH-PMF**

**BAYER CORPORATION,
BAYER HEALTHCARE
PHARMACEUTICALS INC.,
BAYER HEALTHCARE, LLC,
WALGREEN CO. d/b/a WALGREENS**

    **Defendants.**

## ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On January 8, 2010, Plaintiff filed a First Amended Complaint (3:09-cv-10012, Doc. 50). Thus, the Court **DENIES as moot** Defendant's motion to dismiss (3:09-cv-10012, Doc. 18). In the likely event that Defendant files a motion to dismiss as to the First Amended Complaint, the Court directs Defendant to address the issue of fraudulent joinder as

to Count 5 (negligent misrepresentation) and Count 8 (breach of implied warranty)

of Plaintiff's First Amended Complaint.

      **IT IS SO ORDERED**


/s/   David R Herndon

Chief Judge
United States District for the Southern District of Illinois


DATE: January 8, 2010