IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
                                                          )
IN RE YASMIN AND YAZ (DROSPIRENONE) )            3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION              )            MDL No. 2100
_____)


This Document Relates to:
_____

KERRY SIMS,

Plaintiff,

v.                                                                          3:09-cv-10012-DRH-PMF

BAYER CORPORATION,
BAYER HEALTHCARE
PHARMACEUTICALS INC.,
BAYER HEALTHCARE, LLC,
WALGREEN CO. d/b/a WALGREENS

         Defendants.

ORDER OF DISMISSAL

Having considered the Stipulation of Dismissal filed herein, the Court hereby Orders that Defendant Walgreen Co., is dismissed without prejudice.


SO ORDERED:


/s/ David R Herndon
Judge

Dated: February 23, 2010