IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____
                                                                      )
IN RE YASMIN AND YAZ (DROSPIRENONE) )   3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND       )
PRODUCTS LIABILITY LITIGATION          )   MDL No. 2100
_____    )
This Document Relates to:
_____
KERRY SIMS,

**Plaintiff,**

v.                                                                          3:09-cv-10012-DRH-PMF

BAYER CORPORATION,
BAYER HEALTHCARE
PHARMACEUTICALS INC.,
BAYER HEALTHCARE, LLC

    **Defendants.**

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management. On February 23, 2010, Walgreen Co. was dismissed without prejudice (3:09-cv-10012 Doc. 64) pursuant to the parties' stipulation of dismissal (3:09-10012 Doc. 63). Accordingly, the Court **DENIES as moot** Walgreen Co.'s motion to dismiss (3:09-cv-10012 Doc. 54).

    **IT IS SO ORDERED**

DATE: March 1, 2010

/s/ *David R. Herndon*
Chief Judge
United States District
Southern District of Illinois