IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br>MDL No. 2100 |
| This Document Relates to: | |
| KERRY SIMS,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION,<br>BAYER HEALTHCARE<br>PHARMACEUTICALS INC.,<br>BAYER HEALTHCARE, LLC<br><br>    Defendants. | 3:09-cv-10012-DRH-PMF |

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 23, 2010, Walgreen Co., the only non-diverse Defendant, was dismissed without prejudice (3:09-cv-10012 Doc. 64) pursuant to the parties' stipulation of dismissal (3:09-10012 Doc. 63). Accordingly, the Court **DENIES as moot** Plaintiff's motion to remand for lack of complete diversity. (3:09-cv-10012 Doc. 9).

**IT IS SO ORDERED**

DATE: March 1, 2010

/s/ David R. Herndon
Chief Judge
United States District
Southern District of Illinois