UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Kerry Sims v. Bayer Corp., et al.,*   09-cv-10012-DRH

**ORDER**

**HERNDON, Chief Judge**:

Pending before the Court is plaintiff's November 18, 2011 motion in limine to exclude any specific causation opinions by defense expert witnesses hematologists (Doc. 150). Specifically, plaintiffs move to prohibit defense expert witnesses Adam Cuker, M.D., M.S; Spero R. Cataland, M.D.; and Mark Crowther, M.D., MSc, FRCPC, from testifying regarding the causation of plaintiff's injuries as these witnesses are generic hematology experts who have not submitted case-specific reports as to plaintiff. On December 5, 2011, defendants filed a response indicating that "Bayer has no intention of eliciting specific causation opinions from these experts." (Doc. 185). Thus, the Court **GRANTS** plaintiff's motion in limine as to these generic hematology experts. The Court **BARS** defendants from introducing *specific*

causation opinions as to the cause of Sims' imjuries, including potential hypotheticals, from Drs. Cuker, Cataland and Crowther.

**IT IS SO ORDERED.**

Signed this 8th day of December, 2011.

David R. Herndon
2011.12.08
05:27:09 -06'00'

**Chief Judge**
**United States District Court**